UNITED STATES COURT OF APPEALS
For the Fifth Circuit

_____

No. 01-30649
Summary Calendar

_____

MOTIVA ENTERPRISES LLC,

Plaintiff-Appellee,

VERSUS

JOSEPH F. WEGMANN, III AND SUSAN W. COLLINS,

Defendants-Appellants.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
USDC Civil Action No. 00-3096
_____

December 27, 2001

Before DAVIS, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

After reviewing the record and the briefs of the parties, we
are satisfied that the district court correctly granted summary
judgement in favor of the plaintiff.  We therefore affirm the
judgment of the district court essentially for the reasons stated
in the district court's orders of January 19, 2001, and March 12,
2001.

**AFFIRMED.**

_____

[*]Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.